THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00269-MR

| | |
|---|---|
| JESKA CALLUM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN O'MALLEY, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2].

By the instant Application, the Plaintiff seeks to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. Upon review of the Plaintiff's Application, the Court finds that the Plaintiff has sufficient resources from which to pay the filing fee for this action. Consequently, the Plaintiff's Application is denied.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff shall pay the required $405.00 filing fee within thirty (30) days of entry of this Order. **Failure to pay the required filing fee will result in the dismissal of this action.**

**IT IS SO ORDERED.**

Signed: November 5, 2024

Martin Reidinger
Chief United States District Judge